**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 04-CV-01455-REB-BNB

PACIFIC COAST INVESTMENT COMPANY, a Washington corporation,

    Plaintiff,

v.

JOHN R. SULLIVAN, and
FRANCES M. SULLIVAN, individuals,

    Defendants.

---

**ORDER GRANTING MOTION TO ESTABLISH AMOUNT OF DAMAGES**

**Blackburn, J.**

The matter before me is plaintiff's Motion to Establish Amount of Damages [#29], filed May 16, 2005. Defendants have failed to respond to the motion or otherwise contest the amount of damages alleged to be due pursuant to the promissory note that forms the basis of plaintiff's claim. The essential facts asserted by the motion therefore are deemed confessed. Having reviewed the motion and supporting documentation, I find that plaintiff has properly and adequately established its damages and that no hearing on the matter is necessary.[1]

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] Since the motion was filed, the principal amount of the note has continued to accrue interest at a rate of $299.19 per day. Therefore, plaintiff is entitled to an additional $17,652.21 (#299.19/day x 59 days) above the amount requested in the motion.

(1) That plaintiff's Motion to Establish Amount of Damages [#29], filed May 16, 2005, is **GRANTED**;

(2) That **JUDGMENT SHALL ENTER** on behalf of plaintiff and against defendants in the amount of $738,413.31;

(3) That plaintiff **IS AWARDED** post-judgment interest from the date of this order until the judgment is fully paid, pursuant to 28 U.S.C. § 1961; and

(4) That plaintiff is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.Colo.LCivR. 54.1.

Dated July 15, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge